**No. 53487.**—Amfo, Inc. *v.* United States, protests 982235–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53488.**—Abraham & Straus, Inc., et al. *v.* United States, protests 133268–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 53489.**—Glovetex Corporation et al. *v.* United States, protests 139276–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 53490.**—J. M. Rodgers *v.* United States, protest 143458–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 53491.**—Comet Textile Co., Inc. *v.* United States, protests 144562–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, AUGUST 15, 1949

**No. 53492.**—R. H. Macy & Co., Inc. *v.* United States, protests 143983–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.